**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steve** | **Allen** | **Reagan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Betty** | **Jo** | **Reagan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number   4:19-bk-13014

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   
   ☒ Yes. Where is the property?

1.1

**406 Jessie Road**
Street address, if available, or other description

**McMinnville**  **TN**  **37110-0000**
City          State      ZIP Code

**Warren**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☒ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $29,300.00

**Current value of the portion you own?**  $29,300.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**   $29,300.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | *Steve Allen Reagan* | | |
|---|---|---|---|
| Debtor 2 | *Betty Jo Reagan* | Case number *(if known)* | *4:19-bk-13014* |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: *Dodge*
        Model: *Ram 3500*
        Year: *2013*
        Approximate mileage: *52,996*
        Other information:

        **Who has an interest in the property?** Check one
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ■ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ **Check if this is community property**
           (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        Current value of the entire property?  *$31,000.00*
        Current value of the portion you own?  *$31,000.00*

   3.2  Make: *Dodge*
        Model: *Ram 1500*
        Year: *2006*
        Approximate mileage: *160,000*
        Other information:

        **Who has an interest in the property?** Check one
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ■ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ **Check if this is community property**
           (see instructions)

        Current value of the entire property?  *$6,000.00*
        Current value of the portion you own?  *$6,000.00*

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1  Make: *Kawasaki*
        Model: *250*
        Year: *1992*
        Other information:

        **Who has an interest in the property?** Check one
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ■ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ **Check if this is community property**
           (see instructions)

        Current value of the entire property?  *$500.00*
        Current value of the portion you own?  *$500.00*

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>**    *$37,500.00*

**Part 3:  Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   *Living room items/ furniture including sofa, chairs, coffee table, etc. Kitchen items/ furniture including refrigerator, stove, table, chairs, etc. Bedroom items/ furniture including bed(s), bed frame(s), dresser(s), nightstand(s), etc. Washing machine & dryer. Other household goods & furnishings located at Debtor's residence.*    *$1,500.00*

| Debtor 1 | **Steve Allen Reagan** | | |
|---|---|---|---|
| Debtor 2 | **Betty Jo Reagan** | Case number *(if known)* | **4:19-bk-13014** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | ***Various TVs, DVD players, game systems and other miscellaneous electronic devices located at Debtor's residence*** | *$1,500.00* |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | ***Wearing apparel, family bible, family pictures, school books, dressers and other receptacles for holding clothing*** | *$1,000.00* |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | ***Wedding bands, watches, necklaces and other miscellaneous costume jewelry*** | *$1,000.00* |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | ***4 Dogs*** | *$100.00* |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................. | *$5,100.00*

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Debtor 1 | **Steve Allen Reagan** | | |
|---|---|---|---|
| Debtor 2 | **Betty Jo Reagan** | Case number *(if known)* | **4:19-bk-13014** |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..........................................................................................................

    *Cash*   **$35.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................    Institution name:

    17.1.    **US Bank**    **$0.00**

    17.2.  **Checking**    **Regions Bank**    **$282.00**

    17.3.  **savings**    **Regions Banks**    **$100.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

Official Form 106A/B    Schedule A/B: Property    page 4

| Debtor 1 | **Steve Allen Reagan** | | |
|---|---|---|---|
| Debtor 2 | **Betty Jo Reagan** | Case number *(if known)* | **4:19-bk-13014** |

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes.  Describe each claim.........

| Debtor 1 | *Steve Allen Reagan* | | |
|---|---|---|---|
| Debtor 2 | *Betty Jo Reagan* | Case number *(if known)* | *4:19-bk-13014* |

| | *Any and all claims under Truth-In-Lending, Fair Debt Collection Practices Act, TN Consumer Protection Act, Fair Credit Reporting Act or other similar consumer law or statutory claims.* | *Unknown* |
|---|---|---|
| | *Real Estate Any and all claims Debtors may have under Truth In Lending Act, Real Estate Settlement Procedures Act, Tennessee Consumer Protection Act, other statutory and common law claims against SPS Servicing, their predecessors and successors; as well as, their respective agents, employees, successors and/or assigns resulting from a certain loan transaction occurring on or about April 20, 2008, involving the Debtors residence at 406 Jessie Road, Mcminnville, Tennessee and the subsequent servicing of such loan and including any default servicing and foreclosure actions through the present date.* | *Unknown* |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**................................................................................................... **$417.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☐ No
    ■ Yes................

| *Cattle   28 cows and 17 calves* | $17,000.00 |
|---|---|
| *Three horses* | $300.00 |

48. **Crops—either growing or harvested**
    ☐ No
    ■ Yes. Give specific information.....

| Debtor 1 | *Steve Allen Reagan* | | |
|---|---|---|---|
| Debtor 2 | *Betty Jo Reagan* | Case number *(if known)* | *4:19-bk-13014* |

| | |
|---|---:|
| *370 Rolls of Hay and additional Hay Crop yet to be harvested* | $10,000.00 |

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes................

| | |
|---|---:|
| *New Holland Mower Conditioner Model H7230* | $12,000.00 |
| *New Holland Round Hay Baler* | $30,000.00 |
| *95 Case IH Loaders - Farmall C Series Tractor* | $25,000.00 |
| *Gator Made Inc. Dump Trailer* | $6,000.00 |
| *Case IH Farmall 100C Tractor and Case IH Loader L630, Pole Barn, Lawn Mower Trailer, Horse Trailer, Welder, Chain Saw, Battery Charger, Smaill Trailer, Water Tank, Flatbed Gooseneck Trailer, Cattle Panels, Feed Bin with Concrete slab, 200 Gal Sprayer, Kuhn Rake & Tedder, Tool Box, Pressure Washer, Husquavarna Mower, Pole Pruner Saw, Lincoln Lube grease gun, Case IH Farmall 95C Tractor, Air Compressor, Cattle Panels, Post Driver, Cutter, Cordless Impact Wrench Kit, Dump Trailer, Gooseneck Trailer, 10 Corral Panels, Weedeater, NH Mower Conditioner, Cub Cadet Mower, HN 450 Round Baler, Welder* | $74,000.00 |
| *2017 Case IH Farmall C Tractor & Loader* | $69,000.00 |

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ■ Yes................

| | |
|---|---:|
| *Farm Supplies, Vaccinations for Cows, Feed, Weed Killer* | $500.00 |

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................................................... $243,800.00

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

| Debtor 1 | *Steve Allen Reagan* | | |
|---|---|---|---|
| Debtor 2 | *Betty Jo Reagan* | Case number *(if known)* | *4:19-bk-13014* |

**Part 8:  List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | *$29,300.00* |
| 56. | **Part 2: Total vehicles, line 5** | *$37,500.00* | |
| 57. | **Part 3: Total personal and household items, line 15** | *$5,100.00* | |
| 58. | **Part 4: Total financial assets, line 36** | *$417.00* | |
| 59. | **Part 5: Total business-related property, line 45** | *$0.00* | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | *$243,800.00* | |
| 61. | **Part 7: Total other property not listed, line 54** | + *$0.00* | |
| 62. | **Total personal property.** Add lines 56 through 61... | *$286,817.00*  Copy personal property total | *$286,817.00* |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | *$316,117.00* |