**SO ORDERED.**
**SIGNED this 27th day of November, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### WINCHESTER DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVE ALLEN REAGAN AND<br>BETTY JO REAGAN<br><br>Debtors. | Case No. 4:19-bk-13014-SDR<br>Chapter 12 |

### AGREED ORDER RESOLVING ONEMAIN FINANCIAL SERVICES' OBJECTION TO CONFIRMATION

This matter is before the Court on the Objection to Confirmation filed by OneMain Financial Services, Inc. ("OneMain"). *See* [Doc. 40]. As evidenced by the signatures of counsel below, the Debtors and OneMain have come to an agreement regarding all matters raised in the Objection. Accordingly, the Court hereby **ORDERS** as follows:

The treatment afforded to Class 4 in the Plan [Doc. 39] is hereby deleted and replaced with the following:

**Class 4. Class 4 is the fully secured Court Claim Number 16 of One Main Financial Services, Inc. in the filed amount of $8,376.25, plus interest at the**

1

rate of 5.59% from the date of filing. This Claim is secured by a Deed of Trust on the Debtors residence and lot of approximately one acre at 406 Jessie Road McMinnville, Tennessee.

**PAYMENT:** Claimant shall receive monthly payments commencing thirty days after the Effective Date of the Plan. The monthly payment shall be approximately $195.15. This payment is based upon the amortization of $8,376.25, which is the claim amount, plus interest at (5.59%); and over the term of 48 months. This payment is a "Trustee Payment."

In the event that the Plan [Doc. 39] is not confirmed and any amended plans are filed, the treatment specified herein shall supersede any contrary terms in those amended plans.

# # #

**CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rlselaw.com

*Attorney for OneMain Financial Services, Inc.*

*/s/ Keith S. Smartt (by BJC w/ permission)*
Keith S. Smartt BOPR #0978
113 East Morford St.
McMinnville, TN 37110
Telephone: (931) 473-3622
Facsimile: (931) 473-8766
E-mail: keith.smartt@smarttlaw.net
Attorney for Debtors