**SO ORDERED.**
**SIGNED this 7th day of January, 2020**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**

| In re: | ) | |
|---|---|---|
| | ) | |
| **Steve Allen Reagan** | ) | No. 4:19-bk-13014-SDR |
| **Betty Jo Reagan** | ) | Chapter 12 |
| | ) | |
| **Debtors** | ) | |

**ORDER**

Based on the oral motion made by the debtors on the record on January 6, 2020, and the consent of all objecting creditors and for cause shown, the court hereby extends the deadline in which the debtors must conclude the confirmation hearing in this case as required by 11 U.S.C. § 1224 to January 21, 2020. It is so ORDERED.

# # #